FILED: May 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1486
(1:14-cv-00558-JFM)

_____

SE.H., individually and by and through his parents and next friends, J.H. and S.H.; J.H.; S.H.

        Plaintiffs - Appellants

v.

BOARD OF EDUCATION OF ANNE ARUNDEL COUNTY PUBLIC SCHOOLS; MAMIE PERKINS, Interim Superintendent; MARY TILLAR, Director of Special Education; PATRICIA DEWITT, Coordinator of Special Services; WENDY CHERMAK, Section 504 Resource Pupil Personnel Worker

        Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 07/15/2015

Opening brief due: 07/15/2015

Response brief due: 08/17/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk