**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 16, 2015

_____

DOCKET CORRECTION NOTICE

_____

No.  15-1486,    <u>Se.H. v. Bd of Ed of Anne Arundel Cnty</u>
                    1:14-cv-00558-JFM

TO:    Selene  Almazan-Altobelli

**APPENDIX CORRECTION DUE:  July 27, 2015**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix.  Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[✔] Minor children must be identified by their **initials** only.

**Under Fed. R. App. P. 25(a)(5), filers are required to redact the name of minor children from documents filed on appeal.  Please redact and re-file your document in electronic and paper format.  Make sure the minor's name is not text searchable within the electronic document.**

---

[✔] Dates of birth must show the year only.

**Under Fed. R. App. P. 25(a)(5), filers are required to redact the date of birth from documents filed on appeal.  Please redact and re-file your document in electronic and paper format.**

Karen Stump, Deputy Clerk
804-916-2702