FILED: August 6, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-1486

(1:14-cv-00558-JFM)

_____

SE.H., individually and by and through his parents and next friends, J.H. and S.H.; J.H.; S.H.

        Plaintiffs - Appellants

v.

BOARD OF EDUCATION OF ANNE ARUNDEL COUNTY PUBLIC SCHOOLS; MAMIE PERKINS, Interim Superintendent; MARY TILLAR, Director of Special Education; PATRICIA DEWITT, Coordinator of Special Services; WENDY CHERMAK, Section 504 Resource Pupil Personnel Worker

        Defendants - Appellees

------------------------------

COUNCIL OF PARENT ATTORNEYS AND ADVOCATES

        Amicus Supporting Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion for leave to file Amicus Curiae brief in support of appellant, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk